**Richard Wayne BALKE, Personal Representative for Gertrude Balke, Deceased, et al., Appellants,**

v.

**CENTRAL MISSOURI ELECTRIC COOPERATIVE, Respondent.**

**No. WD 60949.**

Missouri Court of Appeals, Western District.

April 13, 2004.

William J. Foland, Jr., Kansas City, MO, for Appellant.

Spencer J. Brown, Kansas City, MO, for Respondent.

Before: LISA WHITE HARDWICK, P.J., PAUL M. SPINDEN and THOMAS H. NEWTON, JJ.

*ORDER*

PER CURIAM.

This is an appeal of a summary judgment granted in favor of the Central Missouri Electric Cooperative (CMEC) on Appellants' claim of wrongful termination of electric service.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).